# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JANIE FAYE BATEMAN BLACKWELL

VERSUS

BLUE FLAME GAS COMPANY OF
LA, LLC; CHARLES RAY DEDON,
SR., AND LINDA MARIE DEDON

NO. 2022 CW 1143

**NOVEMBER 21, 2022**

---

In Re: Blue Flame Gas Company of LA, LLC, Charles Ray Dedon, Sr., and Linda Marie Dedon, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 117005.

---

**BEFORE: THERIOT, CHUTZ, AND HESTER, JJ.**

**STAY DENIED; WRIT NOT CONSIDERED.** This writ application failed to include the judgment, in violation of Rule 4-5(6) of the Uniform Rules of Louisiana Courts of Appeal.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, including the missing item noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before December 21, 2022 and must contain a copy of this ruling.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

*α.Sₙ()*

_____
DEPUTY CLERK OF COURT
FOR THE COURT